I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  /S/Jennifer Smolinski
Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION**                    MDL No. 2197

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −203)**

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for
the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. §1407. *See* 753 F.Supp.2d 1378 (J.P.M.L. 2010). Since that time, 1,212 additional action(s)
have been transferred to the Northern District of Ohio. With the consent of that court, all such
actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Ohio and assigned to Judge
Katz.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the
consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 26, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP**
**IMPLANT PRODUCTS LIABILITY LITIGATION**                    MDL No. 2197


### SCHEDULE CTO−203 − TAG−ALONG ACTIONS


| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

MICHIGAN EASTERN

| MIE | 1 | 13−13448 | Owens v. DePuy Orthopaedics, Inc. et al |

MISSISSIPPI NORTHERN

| MSN | 1 | 13−00135 | Roberts v. Depuy Orthopaedics, Inc. et al |

NEVADA

| NV | 2 | 13−01429 | Gentile v. DePuy Orthopaedics, Inc. et al |

PENNSYLVANIA MIDDLE

| PAM | 1 | 13−02132 | Hower et al v. Depuy Orthopaedics, Inc. et al |

SOUTH CAROLINA

| SC | 0 | 13−02194 | Horne v. DePuy Orthopaedics Inc et al |
| SC | 3 | 13−02175 | Shultz v. DePuy Orthopaedics Inc et al |