# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHELE GENTILE,                                     )
                                                     )
                            Plaintiff(s),            )        Case No. 2:13-cv-01429-JCM-NJK
                                                     )
vs.                                                  )        ORDER GRANTING MOTION
                                                     )        TO STAY
DEPUY ORTHOPAEDICS, INC., et al.,                    )
                                                     )        (Docket No. 2)
                            Defendant(s).            )
_____)

Pending before the Court is Defendants' motion to stay all proceedings in this Court pending transfer to MDL No. 2197 in the Northern District of Ohio. *See* Docket No. 2. The Court ordered that any response be filed no later than August 19, 2013. Docket No. 6. To date, no response has been filed opposing the motion. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it.[1] Because the motion is unopposed and for good cause shown, the motion to stay this case pending transfer to MDL No. 2197 is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: August 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

_____

[1] The case was conditionally transferred on August 26, 2013. Docket Nos. 10, 11.